**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO VALDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RALPH T. WARNER, et al.,<br><br>　　　　Defendants. | Case No. 5:22-cv-01021-FWS-JC<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

Dated: September 11, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE